JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
483 9th Street, Suite 200
Oakland, Ca 94607
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JOSE IVAN SANCHEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-700 RS |
| Plaintiff, | STIPULATION AND ORDER RESETTING HEARING AND EXCLUDING SPEEDY TRIAL TIME FROM MARCH 17, 2020 TO APRIL 28, 2020 |
| v. | |
| FROYLAN SANCHEZ and JOSE IVAN SANCHEZ, | |
| Defendants. | |

The parties, through their counsel of record, stipulate as follows:

1. The parties are currently scheduled to appear before the Court for a status conference on March 17, 2020 at 2:30 P.M.

2. The government has produced discovery in this case, but defense counsel still needs more time to review it.

3. In order to allow for the effective preparation of counsel for the defendants, the parties request that the Court vacate the appearance currently scheduled for March 17, 2020 and, if the Court is available, reschedule it for April 28, 2020 at 2:30 P.M. Furthermore, the parties agree that time should be excluded under the Speedy Trial Act between March 17, 2020 and April 28, 2020.

STIPULATION AND [PROPOSED] ORDER
CR 19-700 RS

1  IT IS SO STIPULATED.

2  Dated: March 10, 2020                    /s/
                                            JULIA JAYNE
3                                           Attorney for Defendant JOSE IVAN SANCHEZ

4
5  Dated: March 10, 2020                    /s/
                                            CANDIS MITCHELL
                                            Attorney for Defendant FROYLAN SANCHEZ
6

7  Dated: March 10, 2020                    /s/
                                            SLOAN HEFFRON
8                                           Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 19-700 RS

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court vacates the hearing in this case currently scheduled for March 17, 2020 and reschedules it for April 28, 2020 at 2:30 P.M. Furthermore, the Court finds that failing to exclude the time between March 17, 2020 and April 28, 2020 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between March 17, 2020 and April 28, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between March 17, 2020 and April 28, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: March 12, 2020

_____
HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 19-700 RS