1
2
3                    IN THE UNITED STATES DISTRICT COURT
4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                             SAN FRANCISCO DIVISION
6

| | |
|---|---|
| 7  **United States of America,** | **Case No.:** CR 19–700 RS |
| 8        Plaintiff, | **Order Continuing Change Of Plea Hearing And Excluding Time** |
| 9     v. | **Under The Speedy Trial Act** |
| 10 **Froylan Sanchez,** | |
| 11       Defendant. | **Court:**     Courtroom 3, 17th Floor |

Based on the assertions and agreement of the parties, as set forth in this stipulation this Court finds that a continuance of the change of plea hearing from November 30, 2020, until the next available date the week of January 11, 2021, is warranted. The Court further finds that the ends of justice served by excluding time from November 3, 2020, through the next court date from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial, and that a failure to exclude time during this period would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A), (B)(iv).

Accordingly, IT IS HEREBY ORDERED that the change of plea hearing in the above-captioned matter now set for November 30, 2020, be continued to  January 25, 2021 at 1:00 pm . IT IS FURTHER ORDERED that the time from November 3, 2020, through  January 25, 2021  shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

1
2
3
4    IT IS SO ORDERED.
5
6    Dated:    November 25, 2020                    _____
7                                                   RICHARD SEEBORG
                                                    United States District Judge
8

[PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT
*SANCHEZ*, CR 19–700 RS

2