UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 25, 2021  **Time:** 15 minutes  **Judge:** RICHARD SEEBORG

**Case No.**: 19-cr-00700-RS-1,2  **Case Name:** USA v. Froylan Sanchez
                                                Jose Ivan Sanchez

**Attorney for Government: Sloan Heffron**
**Attorney for Defendant (F. Sanchez) : Candis Mitchell**
**Attorney for Defendant (J. Sanchez): Julia Jayne, Ashley Riser**
**Defendant (F. Sanchez):** [X] Present   [ ] Not Present
**Defendant Custodial Status (F. Sanchez):** [X] In Custody  [ ] Not in Custody
**Defendant (J. Sanchez):** [X] Present   [ ] Not Present
**Defendant Custodial Status (J. Sanchez):**  [ ] In Custody   [X] Not in Custody

**Deputy Clerk:** Corinne Lew           **Court Reporter:** Debra Pas
**Interpreter:** n/a                    **Probation Officer:** n/a

### ZOOM/VIDEO CONFERENCE PROCEEDINGS

Trial Setting Conference Held.

### SUMMARY

Court proceedings held by Zoom/Video Conference. General Order 74 authorizes the Court to proceed by way of Zoom/Video conference hearing.

The Court granted governments request for Froylan Sanchez to be tried together with co-defendant Jose Ivan Sanchez.

**FROYLAN SANCHEZ: CASE CONTINUED TO:  5/17/2021 at 9:00 am**  for Jury Selection/Trial.

**FROYLAN SANCHEZ AND JOSE SANCHEZ**: **CASE CONTINUED TO: 3/29/2021 at 1:00 PM** for Status Conference.

**EXCLUDABLE DELAY:**
Category: Effective Preparation of Counsel
Begins: 1/25/2021
Ends: 5/17/2021

Government to prepare an exclusion order.