UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>FROYLAN SANCHEZ,<br>  Defendant. | Case No. 19-cr-00700-RS-1<br><br>**ORDER FOR BRIEFING** |

Defendant Froylan Sanchez has filed a motion for "compassionate release." The government shall file any response by May 11, 2022. Unless subsequently ordered otherwise, the matter will then be submitted for decision without further briefing or argument.

**IT IS SO ORDERED**.

Dated: May 2, 2022

_____
RICHARD SEEBORG
Chief United States District Judge