UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FROYLAN SANCHEZ,<br><br>Defendant. | Case No. 19-cr-00700-RS-1<br><br>**ORDER DENYING SECOND MOTION FOR COMPASSIONATE RELEASE** |

On July 14, 2022, Froylan Sanchez's motion for compassionate release was denied. Sanchez now brings another motion seeking the same relief, and appointment of counsel. The present motion asserts Sanchez has requested relief from the warden, so there is at least the possibility that he has exhausted his administrative remedies, which was not the case at the time of his prior motion. Nevertheless, on the merits Sanchez has made no showing that relief is warranted, for the same reasons discussed in the prior order. Nor has he shown appointment of counsel to be appropriate. The motion is denied.

**IT IS SO ORDERED**.

Dated: July 25, 2022

_____
RICHARD SEEBORG
Chief United States District Judge