UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FROYLAN SANCHEZ,<br><br>　　　　Defendant. | Case No. 19-cr-00700-RS-1<br><br>**ORDER DENYING RENEWED MOTION FOR RELEASE** |

In late April of 2022, defendant Froylan Sanchez, appearing pro se, moved for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking "compassionate release" in light of the COVID-19 pandemic. After opposition briefing by the government, the motion was denied in a written order filed in July of 2022. Shortly thereafter, Sanchez filed what was intended either as a supplement to his original motion, or a second motion. It too was denied by a written order observing that on the merits Sanchez had made no showing that relief was warranted, for the same reasons discussed in the prior order.

On March 20, 2023, Sanchez filed a motion that did not clearly set out the nature of the relief sought. Construing the allegations liberally, as is required in pro se matters, the Clerk of the Court determined Sanchez was inquiring as to availability of relief for a December 12, 2019, incident involving the Napa County Sheriff's Department. The Clerk appropriately provided Sanchez instructions for filing a complaint, together with relevant forms.

In the alternative, however, Sanchez's motion arguably could be deemed an attempt to

supplement or renew his prior motion(s) for compassionate release, or to seek reconsideration of the prior rulings in this action. To the extent that is the intent of Sanchez' filing, it must be denied. Sanchez has made no showing that relief is warranted, for substantially the same reasons discussed in the prior order. Accordingly, the motion is denied, without prejudice to any claims Sanchez in good faith may pursue in one or more separate civil actions relating to the alleged use of excessive force by a Napa Sheriff's deputy and/or the medical treatment that the FCI Sheridan Medical Department has allegedly failed to provide.

**IT IS SO ORDERED**.

Dated: April 4, 2023

_____
RICHARD SEEBORG
Chief United States District Judge